UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.                              CASE NO. 91-708-CR-GONZALEZ

WILLIAM CASTRO
_____/
                                      **ORDER**

     **THIS CAUSE** has come before the Court upon the defendant's motion to stay ruling upon issuance of final order of forfeiture filed May 11, 1998. The Court having reviewed the motion, the record thereto and being duly advised, it is hereby

     **ORDERED AND ADJUDGED** that the motion is GRANTED. The issuance of a final order of forfeiture is hereby stayed until the defendant's 2255 motion has been ruled on.

     DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this __11TH__ day of August, 1998.

                                       _____
                                       HONORABLE JOSE A. GONZALEZ, JR.
                                       UNITED STATES DISTRICT JUDGE

cc: Maria del Carmen Jimenez, Esq.
    Barbara Papademetriou, AUSA
    Chief Magistrate Judge Snow

